UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JEANNE DYCUS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:11-cv-00491-JTM |
| WELLS FARGO BANK N.A. d/b/a WELLS FARGO HOME MORTGAGE, et al., | ) |
| Defendants. | ) |

## ORDER

The Court, having considered the parties' Joint Motion for Final Distribution of Unclaimed Class Settlement Funds, and for good cause shown, hereby GRANTS the motion. The remaining class settlement funds shall be distributed to the United Way of Greater Kansas City.

**IT IS SO ORDERED**.

Dated this 22nd day of July, 2015.

                                                */s/ John T. Maughmer*
                                                    **John T. Maughmer**
                                        **United States Magistrate Judge**